1006

[No. 24867–7–I.   Division One.   December 20, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN COMBS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 88–1–00770–0, John F. Wilson, J., entered September 15, 1989. *Affirmed* by unpublished per curiam opinion.

[No. 23602–4–I.   Division One.   December 20, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNIE WAYNE DURRETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88–1–04416–0, Liem E. Tuai, J., entered January 20, 1989. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Winsor and Baker, JJ.

[No. 24727–1–I.   Division One.   December 20, 1990.]

FLOYD KILGORE, *Appellant*, v. AC&S, INC., ET AL, *Defendants*, CELOTEX CORPORATION, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 85–2–08206–1, Norman W. Quinn, J., entered August 24, 1989. *Vacated* and *reversed* by unpublished opinion per Webster, J., concurred in by Baker, J., and Britt, J. Pro Tem.

[No. 25220–8–I.   Division One.   December 20, 1990.]

CHRIS DEMOPOLIS, *Appellant*, v. CRANE TOWING, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 84–2–01667–1, James J. Dore, J., entered November 13, 1989. *Reversed* by unpublished opinion per Coleman, C.J., concurred in by Pekelis and Winsor, JJ.